Robert D. McKown, appellee, v. The Alton Railroad Company, appellant. Gen. No. 8,902.

Opinion filed July 17, 1935. Rehearing denied October 1, 1935.

Covey & Woods, for appellant; Silas H. Strawn, of counsel. Trapp & Trapp, for appellee.

Mr. Justice Davis delivered the opinion of the court.

## FOURTH DISTRICT.

Marvel Golliday, appellee, v. City of Alton, appellant.

Opinion filed September 16, 1935.

Wm. P. Boynton, for appellant. Karl King Hoagland and C. Dana Eastman, for appellee.

Mr. Presiding Justice Edwards delivered the opinion of the court.

Nathan Mathes, appellee, v. M. D. Powell and Jefferson S. Bush, defendants. M. D. Powell, appellant.

Opinion filed September 16, 1935.

Terry, Gueltig & Powell, for appellant. No appearance for appellee.

Mr. Justice Murphy delivered the opinion of the court.

H. E. Seaton and Clara M. Seaton, appellees, v. United States Fire Insurance Company of New York, appellant.

Opinion filed September 16, 1935.

J. G. Burnside and Samuel Levin, for appellant. Guy L. Smith, for appellees.

Mr. Justice Murphy delivered the opinion of the court.

Mildred Schnoeker, appellant, v. The Service Mutual Benefit Association of Fairfield, appellee.

Opinion filed September 16, 1935.

Wm. G. Juergens, for appellant. C. Deneen Matthews, for appellee.

Mr. Justice Murphy delivered the opinion of the court.